**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH GLENN HARTMAN,<br><br>           Petitioner,<br><br>    v.<br><br>TERRI GONZALEZ, Acting Warden,<br><br>           Respondent. | NOS. CV 08-01285 GAF (SS) &<br>     CV 10-01770 GAF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned actions are dismissed with prejudice.

DATED: March 8, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE